UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Christenson Optics, Inc., | ) | Case No. 07-15758 |
| | ) | |
| Debtor. | ) | Hon. Carol A. Doyle |

### Trustee's Final Report

To: The Honorable Carol A. Doyle
United States Bankruptcy Judge

Jay A. Steinberg, trustee herein, respectfully submits to the Court and to the United States Trustee his Final Report in accordance with 11 U.S.C. §704(9).

1. The Petition commencing this case was filed on August 30, 2007. Jay A. Steinberg was appointed Trustee on August 30, 2007. The Trustee's bond in this case is included as part of the Trustee's blanket bond coverage.

2. The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee has not found it advisable to oppose the Debtor's discharge. The trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3. The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is $0.00. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4. A summary of the trustee's final account as of November 26, 2008 is as follows:

    a.  RECEIPTS (See Exhibit C)    $4,260.79
    b.  DISBURSEMENTS (See Exhibit C)    $5.38
    c.  NET CASH available for distribution    $4,255.41
    d.  TRUSTEE/PROFESSIONAL COSTS:
        1.  Trustee compensation requested    $1,065.00
        2.  Trustee Expenses    $0.00
        3.  Accountant's Compensation    $500.00
            *Popowcer Katten, Ltd.*

5. The Bar Date for filing unsecured claims expired on January 9, 2008.

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee (Exhibit D). The actual dollar amount of claims allowed and/or requested for this estate is as follows:

| | | |
|---|---|---:|
| a. | Allowed unpaid secured claims | $0.00 |
| b. | Chapter 7 administrative claims and 28 U.S.C. §1930 claims | $1,565.00 |
| c. | Allowed Chapter 11 administrative claims | $0.00 |
| d. | Allowed priority claims | $0.00 |
| e. | Allowed unsecured claims | $1,523.15 |
| f. | Allowed tardily filed unsecured claims | $1,171.95 |

7. Trustee proposes that unsecured creditors with timely filed claims receive a distribution of 100% of their allowed claims and that unsecured creditors with tardily filed claims receive a distribution of 99.6% of their allowed claims.

8. The compensation previously awarded to Trustee's counsel, accountants or other professionals, and the compensation requested but not yet allowed is as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Steinberg<br>*Trustee Compensation* | $0.00 | $1,065.00 | $0.00 |
| Popowcer<br>*Accountant for Trustee* | $0.00 | $500.00 | $0.00 |

9. A fee of $3,500.00 was paid to Debtor's Counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11

U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report, and for such other relief as the Court shall deem proper.

                                                        Respectfully Submitted

Dated: November 26, 2008                     /s/ Jay A. Steinberg

                                          Jay A. Steinberg, Trustee
                                          35 East Wacker
                                          Suite 1550
                                          Chicago, Il 60601-0000

Tasks Completed by Trustee

Exhibit A

## TASKS PERFORMED BY TRUSTEE

JAY A. STEINBERG was appointed Trustee on August 30, 2007. Trustee obtained the turnover and administered the proceeds of a prepetition inventory and equipment sale conducted by debtor. The proceeds from the sale has created an estate to pay the unsecured creditors in this estate 99% on their claims.

The Trustee was also responsible for the day to day administration of the bankruptcy case. The duties carried out by the Trustee were as follows:

1. Review of court file upon appointment of Trustee.
2. Establishment and monthly reconciliation of Trustee bank accounts.
3. Examination of the Debtor at first meeting creditors.
4. Review of claim docket and claims.
5. Conference with accountant and pursue waiver of requirement to file tax returns.
6. Preparation of Trustee's Final Report, Application for Trustee Compensation, Application for Accountant's Compensation and related documents for closing of case.
7. Attendance at the Final Hearing.
8. Issuance of checks for final distribution and preparation of Trustee's Final Account.

Exhibit A

Form I
Individual Estate Property Record and Report

Exhibit B

# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page: 1

| Case No: | 07-15758    CAD    Judge: CAROL A. DOYLE | Trustee Name: | JAY A. STEINBERG, TRUSTEE |
|---|---|---|---|
| Case Name: | CHRISTENSON OPTICS INC | Date Filed (f) or Converted (c): | 08/30/07 (f) |
| | | 341(a) Meeting Date: | 10/02/07 |
| For Period Ending: 11/26/08 | | Claims Bar Date: | 01/09/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA=554(a) Abandon<br>DA=554(c) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. DEPOSIT-LANDLORD | 2,500.00 | 0.00 | | 0.00 | FA |
| 2. OFFICE FURNITURE | 1,000.00 | 60.00 | | 60.00 | FA |
| cabinets and display cases, 3 chairs, stools | | | | | |
| 3. EQUIPMENT USED IN BUSINESS | 1,000.00 | 6,269.17 | | 4,248.67 | FA |
| various glass-working equipment | | | | | |
| 4. INVENTORY | 2,000.00 | 0.00 | | 0.00 | FA |
| various frames | | | | | |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 12.12 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $6,500.00    $6,329.17    $4,320.79    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/30/08    Current Projected Date of Final Report (TFR): 12/31/08

LFORM1    Ver: 14.11

Form II

Estate Cash Receipts and Disbursements Record

Exhibit C

FORM 2

Page: 1

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 07-15758 -CAD | | Trustee Name: | JAY A. STEINBERG, TRUSTEE |
| Case Name: | CHRISTENSON OPTICS INC | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******2184 BofA - Money Market Account |
| Taxpayer ID No: | *******4107 | | | |
| For Period Ending: | 11/26/08 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| C 10/23/07 | 2, 3 | CENTURION SERVICE GROUP, LLC | LIQUIDATION OF SCHEDULE B PROPERTY | 4,131.17 | | | | | 4,131.17 |
| C 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | | 0.25 | | | | 4,131.42 |
| C 11/14/07 | 3 | CENTURION SERVICE GROUP, LLC | LIQUIDATION OF SCHEDULE B PROPERTY | 61.25 | | | | | 4,192.67 |
| C 11/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.650 | | 2.22 | | | | 4,194.89 |
| C 12/31/07 | 3 | CENTURION SERVICE GROUP, LLC | FUNDS FROM DEBTOR | 56.25 | | | | | 4,251.14 |
| C 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.500 | | 2.01 | | | | 4,253.15 |
| C 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.400 | | 1.68 | | | | 4,254.83 |
| C 02/18/08 | 000301 | INTERNATIONAL SURETIES, LTD | CHAPTER 7 BLANKET BOND PREMIUM BOND #016026455 | | | 5.38 | | | 4,249.45 |
| C 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.300 | | 1.01 | | | | 4,250.46 |
| C 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | | 1.00 | | | | 4,251.46 |
| C 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | | 0.87 | | | | 4,252.33 |
| C 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | | 0.53 | | | | 4,252.86 |
| C 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | | 0.53 | | | | 4,253.39 |
| C 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | | 0.54 | | | | 4,253.93 |
| C 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | | 0.54 | | | | 4,254.47 |
| C 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | | 0.53 | | | | 4,255.00 |
| C 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | | 0.41 | | | | 4,255.41 |

\* Reversed
† Funds Transfer
C Bank Cleared

| Account *******2184 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|
| 3 Deposits | | 4,248.67 | 1 Checks | | 5.38 |
| 13 Interest Postings | | 12.12 | 0 Adjustments Out | | 0.00 |
| | | | 0 Transfers Out | | 0.00 |
| Subtotal | $ | 4,260.79 | | | |
| | | | Total | $ | 5.38 |
| 0 Adjustments In | | 0.00 | | | |
| 0 Transfers In | | 0.00 | | | |
| Total | $ | 4,260.79 | | | |

LFORM2XT

Ver: 14.11

Proposed Distribution Report

Exhibit D

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Christenson Optics, Inc. | ) | Case No. 07-15758 |
| | ) | |
| Debtor. | ) | Hon. Carol A. Doyle |

**Trustee's Proposed Distribution Report**

    I, JAY A. STEINBERG, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

**SUMMARY OF DISTRIBUTION:**

| | |
|---|---:|
| Chapter 7 Administrative Expenses: | $1,565.00 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $1,523.15 |
| Tardily Filed Unsecured Claims | $1,167.26 |
| Interest (726(a)(5)): | $0.00 |
| Surplus to Debtor (726(a)(6)): | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $4,255.41 |

**EXHIBIT D**

REPORT OF DISTRIBUTION - CONT'D

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $1,565.00 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | Steinberg<br>*Trustee Compensation* | $1,065.00 | $1,065.00 |
| | Popowcer<br>*Accountant for Trustee Fees* | $500.00 | $500.00 |
| | **CLASS TOTALS** | **$1,565.00** | **$1,565.00** |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $ 0.00 | 0.00 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(1) - Domestic Support Obligations | $ 0.00 | 0.00 |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00 |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Wages, salaries or commissions limited to $10,000.00 | $ 0.00 | 0.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Contributions Employee Benefit Plans | $ 0.00 | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Farmers' and Fishermans' claims to the extent of $4,925. | $ 0.00 | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Deposits of consumers to the extent of $2,225 | $ 0.00 | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Secured Tax Lien Claims | $ 0.00 | 0.00 |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Unsecured Tax Claims excluding fines and penalties | $ 0.00 | 0.00 |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to Federal Depository Institutions | $ 0.00 | 0.00 |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(10) - Death & Personal Injury Claims for DUI | $ 0.00 | 0.00 |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Unsecured Claims to be paid *pro rata* after costs priority claims are paid in full | $ 1,523.15 | 100.00% |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000002 | Ciba Vision Corporation *General Unsecured Claims* | $899.45 | $899.45 |
| 000001 | Modern Optical International *General Unsecured Claims* | $623.70 | $623.70 |
| | CLASS TOTALS | $1,523.15 | $1,523.15 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Tardily filed unsecured claims | $ 1,171.95 | 99.60% |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000003 | Kenmark Group *Tardy General Unsecured Claims* | $1,171.95 | $1,167.26 |
| | CLASS TOTALS | $1,171.95 | $1,167.26 |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a)(4) - Fines/penalties | $ 0.00 | 0.00 |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | 0.00 |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | 0.00 |

| 18. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 0.00 | 0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| | | | | |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: November 26, 2008                              /s/ Jay Steinberg, trustee