UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Christenson Optics, Inc., | ) | Case No. 07-15758 |
| | ) | |
| | ) | Hon. Carol A. Doyle |

**Trustee's Application for Allowance
of Final Compensation and Expense Reimbursement**

Jay A. Steinberg, trustee herein, pursuant to 11 U.S.C. §330, and requests $1,065.00 as final compensation and $0.00 for reimbursement of expenses, $0.00 amount of which has previously been paid.

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $4,260.79. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of the First $5,000.00 | $1,065.20 | ($1,250.00 max.) |
| 10% of next $45,000.00 | $ 0.00 | ($4,500.00 max.) |
| 05% of next $950,000.00 | $ 0.00 | ($47,500.00 max.) |
| 03% of balance | $ 0.00 | |
| | | |
| TOTAL COMPENSATION | $1,065.00 | |
| | | |
| TOTAL EXPENSES | $ 0.00 | |

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Dated: November 26, 2008                              /s/ Jay A. Steinberg, trustee