UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | 07-15758 |
| Christenson Optics, Inc., | ) | Hon. Carol A. Doyle |
| | ) | |
| Debtor. | ) | |

### Order Awarding Compensation to Trustee's Accountants

THIS MATTER BEING HEARD on the Trustee's First and Final Request for Compensation for Trustee's Accountants, notice having been given, and the Court being duly advised:

IT IS HEREBY ORDERED that Popowcer Katten, Ltd., Accountants to the Trustee is allowed compensation as follows;

1. Compensation        $ 500.00

   TOTAL        $ 500.00

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowance listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ day of _____


ENTERED: _____
UNITED STATES BANKRUPTCY JUDGE