UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | Chapter 7 | |
| ) | | |
| Christenson Optics, Inc., ) | Case No. 07-15758 | |
| ) | | |
| Debtor. ) | Hon. Carol A. Doyle | |

**Notice of Trustee's Final Report, Hearing on Applications
for Compensation, and Hearing on the Abandonment
of Property by the Trustee**

To the Debtor, Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:   U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 742, Chicago, IL 60604

    On: **February 24, 2009**          Time: **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    Receipts                                                                $4,260.79

    Disbursements                                                              $5.38

    Net Cash Available for Distribution                       $4,255.41

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Jay A. Steinberg<br>*Trustee Compensation* | $0.00 | $1,065.00 | $0.00 |
| Popowcer Katten Ltd.<br>*Accountant for Trustee* | $0.00 | $500.00 | $0.00 |

6. No priority claims were filed in this case, therefore, there are no allowed priority claims to be paid.

7. Claims of general unsecured creditors totaling $2,695.10 have been allowed and will be paid only after all allowed administrative have been paid in full:  Trustee anticipates that timely filed unsecured claims will be paid a dividend of 100% of their allowed claims and that tardily filed unsecured claims will be paid a dividend of 99.6% of their allowed claims .

General unsecured claims have been allowed and will be paid as follows:

| Claim No. | Claimant | Timely or Tardily Filed | Amount of Claim | Proposed Payment |
|---|---|---|---|---|
| 1 | Modern Optical International | Timely | $623.70 | $623.70 |
| 2 | Ciba Vision Corporation | Timely | $899.45 | $899.45 |
| 3 | Kenmark Group | Tardily | $1,171.95 | $1,167.26 |

8. Proposed dividends are approximations.  Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the U.S. Bankruptcy Court, No. District of Illinois, Eastern Div., 219 S. Dearborn Street, 7th Floor, Chicago   IL  60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*.  If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has not been discharged.

11. The Trustee proposes to abandon the following property at the hearing:  None.

Dated: **January 27, 2009**           For the Court,

By:   **KENNETH S. GARDNER**
Clerk of the U.S. Bankruptcy Court
No. District of Illinois, Eastern Div.
219 S. Dearborn Street
7th Floor
Chicago   IL  60604

Trustee:      Jay A. Steinberg, Trustee
Address:     35 East Wacker
             Suite 1550
             Chicago, IL  60601-0000
Phone No.:   (312) 832-4703