UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | Chapter 7 | |
| ) | | |
| Christenson Optics, Inc., ) | Case No. 07-15758 | |
| ) | | |
| Debtor. ) | Hon. Carol A. Doyle | |

**Notice of Trustee's Final Report, Hearing on Applications
for Compensation, and Hearing on the Abandonment
of Property by the Trustee**

To the Debtor, Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:    U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 742, Chicago, IL 60604

    On: **February 24, 2009**          Time: **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    Receipts                                                              $4,260.79

    Disbursements                                                            $5.38

    Net Cash Available for Distribution                              $4,255.41

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Jay A. Steinberg
*Trustee Compensation* | $0.00 | $1,065.00 | $0.00 |
| Popowcer Katten Ltd.
*Accountant for Trustee* | $0.00 | $500.00 | $0.00 |

6. No priority claims were filed in this case, therefore, there are no allowed priority claims to be paid.

7. Claims of general unsecured creditors totaling $2,695.10 have been allowed and will be paid only after all allowed administrative have been paid in full:  Trustee anticipates that timely filed unsecured claims will be paid a dividend of 100% of their allowed claims and that tardily filed unsecured claims will be paid a dividend of 99.6% of their allowed claims .

General unsecured claims have been allowed and will be paid as follows:

| Claim No. | Claimant | Timely or Tardily Filed | Amount of Claim | Proposed Payment |
|---|---|---|---|---|
| 1 | Modern Optical International | Timely | $623.70 | $623.70 |
| 2 | Ciba Vision Corporation | Timely | $899.45 | $899.45 |
| 3 | Kenmark Group | Tardily | $1,171.95 | $1,167.26 |

8. Proposed dividends are approximations.  Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the U.S. Bankruptcy Court, No. District of Illinois, Eastern Div., 219 S. Dearborn Street, 7th Floor, Chicago   IL  60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*.  If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has not been discharged.

11. The Trustee proposes to abandon the following property at the hearing:  None.

Dated: **January 27, 2009**                        For the Court,

By:  **KENNETH S. GARDNER**
Clerk of the U.S. Bankruptcy Court
No. District of Illinois, Eastern Div.
219 S. Dearborn Street
7th Floor
Chicago   IL  60604

Trustee: Jay A. Steinberg, Trustee
Address: 35 East Wacker
Suite 1550
Chicago, IL  60601-0000
Phone No.: (312) 832-4703

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: amcc7                  Page 1 of 1                   Date Rcvd: Jan 27, 2009
Case: 07-15758                 Form ID: pdf002              Total Served: 26
```

The following entities were served by first class mail on Jan 29, 2009.
```
db          +Christenson Optics, Inc.,   5633 N. Milwaukee Avenue,    Chicago, IL 60646-6221
aty         +John E Gierum,   Gierum & Mantas,   9700 W Higgins Rd, Ste 1015,   Rosemont, IL 60018-4712
tr          +Jay A Steinberg, ESQ,   35 E. Wacker Drive, Suite 1550,   Chicago, IL 60601-2124
11579048     ADT Security,    P.O. Box 96175,   Las Vegas, NV 89193-6175
11579050     AT&T,   P.O. Box 8100,   Aurora, IL 60507-8100
11579049     Allied Waste Services #710,   P.O. Box 9001154,   Louisville, KY 40290-1154
11579053    +BRIOT,   5251 Shiloh Road, Bldg. A,   Cumming, GA 30040-6726
11579051     Bank Of America,   Vistakon Lockbox,   5855 Collection Center Drive,   Chicago, IL 60693-0058
11579052     Bausch & Lomb,   B&L Vision Care Commercial,   P.O. Box 92204,   Chicago, IL 60675-2204
11579055     CIBA Vision Corporation,   P.O. Box 930281,   Atlanta, GA 31193-0281
11579054     Capital One Bank,   P.O. Box 60024,   City Of Industry, CA 91716-0024
11579056    +Continental Optical Imports,   Division Of Ben-Glo Optical, Ltd.,   3651 West Irving Park Road,
              Chicago, IL 60618-4198
11579057     DHL Express (USA), Inc.,   P.O. Box 4723,   Houston, TX 77210-4723
11579058    +Eire Insurance,   100 Erie Insurance Place,   Erie, PA 16530-9000
11579047    +Gierum & Mantas,   9700 W Higgins Road,   Suite 1015,   Rosemont, IL 60018-4712
11579059     Hoya,   651 E. Corporate Drive,   Lewisville, KY 75057-6403
11579060     Hoya Vision Care,   Chicago Facility,   P.O. Box 293930,   Lewisville, TX 75029-3930
11579061     Kenmark Group,   P.O. Box 99829,   Louisville, KY 40269-0829
11579062    +Modern Optical International,   585 Congress Circle North,   Roselle, IL 60172-3905
11579063    +New Era Optical Co.,   5575 North Lynch,   Chicago, IL 60630-1481
11579064     People's Gas,   Chicago, IL 60687-0001
11579065    +Peoples Energy Services,   500 West Madison St., Ste. 3300,   Chicago, IL 60661-4582
11579066     Peoples Energy Services Corporation,   231305 Momentum Place,   Chicago, IL 60689-5311
11579067     R.H. Donnelly,   8519 Innovation Way,   Chicago, IL 60682-0085
11579068     Vistakon,   P.O. Box 17700,   Jacksonville, FL 32245-7700
11579069    +Waldemar Koszela,   5608 North Milwaukee,   Chicago, IL 60646-6202
```

The following entities were served by electronic transmission on Jan 27, 2009.
```
11579062    +E-mail/Text: mmcaleer@modernoptical.com                         Modern Optical International,
             585 Congress Circle North,   Roselle, IL 60172-3905
                                                                                           TOTAL: 1
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11579046*   +Christenson Optics Inc,   5633 N Milwaukee Avenue,   Chicago, IL 60646-6221
                                                                                      TOTALS: 0, * 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 29, 2009**              **Signature:** _Joseph Speetjens_