UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: § Case No. 07-15758
CHRISTENSON OPTICS INC §
§
Debtor(s) §
§

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)

JAY A. STEINBERG, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)   This case was originally filed under chapter     on                . The case was pending for      months.

5)   All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)   An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____       By:/s/JAY A. STEINBERG, TRUSTEE_____
                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  | **$** | **$** | **$** | **$** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEINBERG, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTL SURETIES, LTD. | | | | | |
| POPOWCER KATTEN, LTD. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ADT Security<br>PO Box 96175<br>Las Vegas, NV | | | | | |
| AT&T<br>PO Box 8100<br>Aurora, IL 60507-8100 | | | | | |
| Allied Waste Services #710<br>PO Box 9001154<br>Louisville, KY  40290-1154 | | | | | |
| BRIOT<br>5251 Shiloh Rd., Bldg A<br>Cumming, GA 30040 | | | | | |
| Bausch & Lomb<br>B&L Vision Care Commercial<br>PO Box 92204<br>Chicago, IL 60675-2204 | | | | | |
| Capital One Bank<br>PO Box 60024<br>City of Industry, CA  91716-0024 | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Continental Optical Imports Division of Ben Glo Optical 3651 W. Irving Park Rd. Chicago, IL  60618 | | | | | |
| DHL Express (USA) PO Box 4723 Houston, TX  77210-4723 | | | | | |
| Eire Insurance 100 Erie Insurance Pl Erie, PA  16530 | | | | | |
| Hoya Vision Care Chicago Facility P.O. Box 2993930 Lewisville, TX  75029-3930 | | | | | |
| New Era Optical | | | | | |
| People's Energy Services | | | | | |
| People's Gas | | | | | |
| RH Donnelly | | | | | |
| Vistakon | | | | | |
| Waldemar Koszela | | | | | |
| CIBA VISION CORPORATION | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MODERN OPTICAL INTERNATIONAL | | | | | |
| KENMARK GROUP | | | | | |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 07-15758 | CAD | Judge: CAROL A. DOYLE | Trustee Name: | JAY A. STEINBERG, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | CHRISTENSON OPTICS INC | | | Date Filed (f) or Converted (c): | 08/30/07 (f) |
| | | | | 341(a) Meeting Date: | 10/02/07 |
| For Period Ending: | 06/29/09 | | | Claims Bar Date: | 01/09/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. DEPOSIT-LANDLORD | 2,500.00 | 0.00 | | 0.00 | FA |
| 2. OFFICE FURNITURE | 1,000.00 | 60.00 | | 0.00 | FA |
| cabinets and display cases, 3 chairs, stools | | | | | |
| 3. EQUIPMENT USED IN BUSINESS | 1,000.00 | 6,269.17 | | 4,248.67 | FA |
| various glass-working equipment | | | | | |
| 4. INVENTORY | 2,000.00 | 0.00 | | 0.00 | FA |
| various frames | | | | | |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 12.76 | Unknown |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $6,500.00 | $6,329.17 | | $4,261.43 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/30/08    Current Projected Date of Final Report (TFR): 12/31/08

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 07-15758 -CAD | | Trustee Name: | JAY A. STEINBERG, TRUSTEE |
| Case Name: | CHRISTENSON OPTICS INC | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******2184  BofA - Money Market Account |
| Taxpayer ID No: | *******4107 | | | |
| For Period Ending: | 05/26/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/23/07 | 2, 3 | CENTURION SERVICE GROUP, LLC | LIQUIDATION OF SCHEDULE B PROPERTY | 1129-000 | 4,131.17 | | 4,131.17 |
| 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 0.25 | | 4,131.42 |
| 11/14/07 | 3 | CENTURION SERVICE GROUP, LLC | LIQUIDATION OF SCHEDULE B PROPERTY | 1129-000 | 61.25 | | 4,192.67 |
| 11/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.650 | 1270-000 | 2.22 | | 4,194.89 |
| 12/31/07 | 3 | CENTURION SERVICE GROUP, LLC | FUNDS FROM DEBTOR | 1129-000 | 56.25 | | 4,251.14 |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 2.01 | | 4,253.15 |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 1.68 | | 4,254.83 |
| 02/18/08 | 000301 | INTERNATIONAL SURETIES, LTD. | CHAPTER 7 BLANKET BOND PREMIUM BOND #016026455 | 2300-000 | | 5.38 | 4,249.45 |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 1.01 | | 4,250.46 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 1.00 | | 4,251.46 |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 0.87 | | 4,252.33 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.53 | | 4,252.86 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.53 | | 4,253.39 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.54 | | 4,253.93 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.54 | | 4,254.47 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.53 | | 4,255.00 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.41 | | 4,255.41 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.35 | | 4,255.76 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.22 | | 4,255.98 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 4,256.01 |
| 02/17/09 | 000302 | International Sureties, Ltd. 701 Poydras Street #420 New Orleans LA 70139 | 2009 Blanket Bond Premium Bond No. 016260455 | 2300-000 | | 8.34 | 4,247.67 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 4,247.70 |
| 03/12/09 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.01 | | 4,247.71 |
| 03/12/09 | | Transfer to Acct #*******2317 | Transfer In From MMA Account Transfer funds for final distribution. ecb March 12, 2009, 11:17 am | 9999-000 | | 4,247.71 | 0.00 |

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 07-15758 -CAD | Trustee Name: | JAY A. STEINBERG, TRUSTEE |
|---|---|---|---|
| Case Name: | CHRISTENSON OPTICS INC | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******2184  BofA - Money Market Account |
| Taxpayer ID No: | *******4107 | | |
| For Period Ending: | 05/26/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Account *******2184
- Balance Forward: 0.00
- 3 Deposits: 4,248.67
- 18 Interest Postings: 12.76
- Subtotal: $ 4,261.43
- 0 Adjustments In: 0.00
- 0 Transfers In: 0.00
- Total: $ 4,261.43

- 2 Checks: 13.72
- 0 Adjustments Out: 0.00
- 1 Transfers Out: 4,247.71
- Total: $ 4,261.43

FORM 2

Page: 3

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 07-15758 -CAD | Trustee Name: | JAY A. STEINBERG, TRUSTEE |
|---|---|---|---|
| Case Name: | CHRISTENSON OPTICS INC | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******2317 BofA - Checking Account |
| Taxpayer ID No: | *******4107 | | |
| For Period Ending: | 05/26/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/12/09 | | Transfer from Acct #*******2184 | Transfer In From MMA Account  Transfer funds for final distribution. ecb March 12, 2009, 11:17 am | 9999-000 | 4,247.71 | | 4,247.71 |
| 03/16/09 | 003001 | Popowcer & Katten, Ltd.  Attn: Lois West  35 East Wacker Drive #1550  Chicago IL 6601 | Accountant Final Compensation | 3410-000 | | 500.00 | 3,747.71 |
| 03/16/09 | 003002 | Jay A. Steinberg, Trustee  35 East Wacker Drive  Suite 1550  Chicago IL 60601 | TRUSTEE COMPENSATION | 2100-000 | | 1,065.00 | 2,682.71 |
| 03/16/09 | 003003 | Modern Optical International  585 Congress Circle North  Roselle, IL 60172 | Claim 000001, Payment 100.000% | 7100-000 | | 623.70 | 2,059.01 |
| 03/16/09 | 003004 | CIBA Vision Corporation  P.O. Box 930281  Atlanta, GA 31193-0281 | Claim 000002, Payment 100.000%  Final Distribution | 7100-000 | | 899.45 | 1,159.56 |
| 03/16/09 | 003005 | Kenmark Group  P.O. Box 99829  Louisville, KY 40269-0829 | Claim 000003, Payment 98.943% | 7200-000 | | 1,159.56 | 0.00 |

LFORM2T4 UST Form 101-7-TDR (4/1/2009) *(Page: 11)*

Ver: 14.30d

FORM 2

Page: 4

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: | 07-15758 -CAD |
| Case Name: | CHRISTENSON OPTICS INC |
| Taxpayer ID No: | *******4107 |
| For Period Ending: | 05/26/09 |

| | |
|---|---|
| Trustee Name: | JAY A. STEINBERG, TRUSTEE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******2317  BofA - Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Account *******2317

| | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 0 | Deposits | 0.00 | 5 | Checks | 4,247.71 |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $ 0.00 | | | |
| 0 | Adjustments In | 0.00 | | Total | $ 4,247.71 |
| 1 | Transfers In | 4,247.71 | | | |
| | Total | $ 4,247.71 | | | |

Report Totals

| | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 3 | Deposits | 4,248.67 | 7 | Checks | 4,261.43 |
| 18 | Interest Postings | 12.76 | 0 | Adjustments Out | 0.00 |
| | | | 1 | Transfers Out | 4,247.71 |
| | Subtotal | $ 4,261.43 | | | |
| 0 | Adjustments In | 0.00 | | Total | $ 8,509.14 |
| 1 | Transfers In | 4,247.71 | | | |
| | Total | $ 8,509.14 | | Net Total Balance | $ 0.00 |